Gregory D. Phillips (4645)
Scott R. Ryther (5540)
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DOES 1 THROUGH 30,<br><br>    Defendants. | **FORD MOTOR COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE [Dkt No. 4]**<br><br>Civil No. 2:09-cv-00286<br><br>Judge Clark Waddoups |

Plaintiff Ford Motor Company ("Ford") hereby responds to the Court's Order to Show Cause [Dkt No. 4].

The Court should be aware that Ford has been diligently engaging in both formal and informal discovery to ascertain the true identities of the Doe Defendants, and respectfully requests that the Court allow Ford an additional 90 days to finish its discovery, and at that time amend and serve the amended complaint, or dismiss this action without prejudice.

DATED this 22nd day of February 2010.

                HOWARD, PHILLIPS & ANDERSEN

                s/Gregory D. Phillips
                Gregory D. Phillips
                Attorneys for Plaintiffs