Gregory D. Phillips (4645)
Scott R. Ryther (5540)
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1 THROUGH 30,<br><br>Defendants. | **MOTION BY PLAINTIFF FORD MOTOR COMPANY FOR EXTENSION OF TIME FOR SERVICE ON DEFENDANTS**<br><br>Civil No. 2:09-cv-00286<br><br>Judge Clark Waddoups |

By Order (Doc. 6) dated February 23, 2010, this Court granted a motion (Doc. 5) by Plaintiff Ford Motor Company ("Ford") under which Ford sought an extension of time within which to effect service of process on the Defendant(s) in this matter. Under the Court's Order of February 23, Ford was given an additional 90 days from the date of the Order to serve Defendant(s), and this matter was to be dismissed unless Ford completed service within that time period.

As a result of further investigation and discovery by Ford and its counsel, Ford has now identified a number of potential named Defendants, and has filed concurrently with this Motion a

1

First Amended Complaint specifically naming Container Exchanger LLC as a Defendant in this matter.

Accordingly, Ford respectfully requests that the Court allow Ford an additional extension of 15 days within which to effect service of process on Defendant Container Exchanger LLC.

DATED this 26th day of May 2010.

                                        HOWARD, PHILLIPS & ANDERSEN

                                      /s/Scott R. Ryther
                                      Gregory D. Phillips
                                      Scott R. Ryther
                                      Attorneys for Plaintiffs