Gregory D. Phillips (4645)
Scott R. Ryther (5540)
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CONTAINER EXCHANGER LLC, a Georgia limited liability company, and DOES 1 THROUGH 30,<br><br>                    Defendants. | **WAIVER OF SERVICE OF SUMMONS BY DEFENDANT CONTAINER EXCHANGER LLC**<br><br>Civil No. 2:09-cv-00286<br><br>Judge Clark Waddoups |

Defendant Container Exchanger LLC ("Container Exchanger"), by and through its

counsel, and having authorized its counsel to execute this Waiver, hereby accepts informal

service of the Summons and First Amended Complaint in this matter by delivery of copies of the

same on Container Exchanger's counsel, and Container Exchanger hereby waives its right to

formal service of process of the Summons and First Amended Complaint.  We understand

Container Exchanger is to respond to the First Amended Complaint within sixty (60) days after

June 7, 2010 (the date the request was sent) pursuant to Fed. R. Civ. P. 4(d)(3).


DATED this 7th day of June, 2010.


KUNZLER NEEDHAM MASSEY & THORPE


Alec J. McGinn
8 East Broadway, Suite 600
Salt Lake City, Utah  84111
Attorneys for Defendant Container Exchanger LLC